UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No.  2:23-cv-09054-JLS-PD                                   Date: December 21, 2023
Title:  Clemens D. Kang v. CorePower Yoga LLC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER GRANTING PLAINTIFF'S MOTION TO REMAND (Doc. 14)**

On November 22, 2023, Plaintiff Clemens Kang filed a Motion to Remand (Mot., Doc. 14.)  The Court finds this matter appropriate for disposition without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for January 5, 2024, at 10:30 a.m. is removed from the calendar.

Defendants' opposition was due by December 15, 2023.  *See* C.D. Cal. R. 7-9 (requiring an opposition brief to be filed not later than twenty-one days before the hearing).  To date, Defendants have not filed an opposition.  Local Rule 7-12 provides that "failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. R. 7-12.  Defendants' failure to oppose Plaintiff's Motion is, by itself, sufficient grounds to grant the motion in full.  Accordingly, the Court GRANTS Plaintiff's Motion and REMANDS the action to Los Angeles County Superior Court, Case No. 23STCV21870.

Initials of Deputy Clerk:  gga